UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAYMOND ORRAND, et al.,**

      **Plaintiffs,**　　　　　　　　Case No. 2:13-cv-556
　　　　　　　　　　　　　　　　　　**JUDGE GREGORY L. FROST**
  v.　　　　　　　　　　　　　Magistrate Judge Terence P. Kemp

**CLEVELAND CONCRETE**
**CONSTRUCTION, INC.**

      **Defendant.**

## ORDER

In light of the December 16, 2013 stay ordered in this case, the Court **ADMINISTRATIVELY CLOSES** the captioned case, which will be reactivated with the lifting of the stay.  (ECF No. 25.)   The parties shall notify this Court within fourteen days of issuance of the relevant decision from the National Labor Relations Board.

    **IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE